IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| STEPHEN W. SEESE, <br><br>Plaintiff, <br><br>vs. <br><br>MONTANA STATE PRISON, JIM SALMONSEN, PAUL REES, and MELISSA SCHARF, <br><br>Defendants. | CV 22-72-H-SEH <br><br>ORDER |

Defendants have moved to dismiss this case for failure to prosecute.[1]

The Court's February 13, 2023, scheduling order required the parties to file preliminary pretrial statements on or before April 14, 2023.[2] Seese failed to comply. An extension until April 28, 2023, was granted.[3] None was filed.[4]

**ORDERED:**

1. Defendants' Motion to Dismiss[5] is **GRANTED**.

2. Seese's case is **DISMISSED** for failure to prosecute.

3. The Clerk of Court is directed to enter judgment.[6]

4. The Court **CERTIFIES** that any appeal of this decision would not be

---

[1] Doc. 25 at 1.
[2] Doc. 18.
[3] Doc. 23.
[4] Seese also failed to respond to Defendants' Motion to Dismiss (Doc. 25).
[5] Doc. 25.
[6] F. R. Civ. P. 58.

taken in good faith.

DATED this 2nd day of June, 2023.

*Sam E. Haddon*
Sam E. Haddon
United States District Court Judge